Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
### for the

*WANt*
*EViDENtiARY*
*JACKSONVILLE* Division
Middle District of Florida

2022 NOV 18 PM 12: 26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

*MARio Goodrigh*

Case No.  *3:22-CV-1275-HLA-PDB*

(to be filled in by the Clerk's Office)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Legal Mail
Provided to Florida State Prison on
11/15/22 for mailing by _____

*STATE ATTORNEYS
OFFICE & PUBLIC DEF
ENDERS OFFICE*

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

*WANt AN PREPONDERANCE OF EVIDENCE*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

*WANt HEARINS*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _MARio Godhigh_

All other names by which
you have been known: _MARio Godhigh._

ID Number _md,8779_

Current Institution _FloRidA STATE PRISON_

Address _P.o. Box 800_

_BAiFoRd    Fl    32083_

City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
  Name              _FRANK BOCANEGRA_
  Job or Title *(if known)*  _PubliC DEFENDERS_
  Shield Number     _48942_
  Employer          _PubliC DEFENDERS OFFICE_
  Address           _1320 NW 14th SdREET_
                    _MiAmi    Fl    33125_
                    City    State    Zip Code
  ☐ Individual capacity  ☑ Official capacity

Defendant No. 2
  Name              _mVlES RANchER_
  Job or Title *(if known)*  _PubliC DEFENDER_
  Shield Number
  Employer          _PubliC DEFENDERS, office_
  Address           _1320 NW 14th SdREET_
                    _MiAmi    Fl    33125_
                    City    State    Zip Code
  ☐ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                     MELiSSA IVY SOFTNESS

    Job or Title *(if known)*   PROSECUTOR.

    Shield Number          98786

    Employer              STATE ATTORNEYS OFFiCE

    Address                1350 NW 14th AVENUE

                          MiAMi,      Fl     33136
                            *City*       *State*    *Zip Code*

      ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                     BRAd Mitchell

    Job or Title *(if known)*   PROSECUTOR

    Shield Number

    Employer              STATE ATTORNEYS OFFiCE

    Address                1350 NW 14th AVENUE

                          MiAMi,      Fl     33136
                            *City*       *State*    *Zip Code*

      ☐ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

      ☑ Federal officials (a *Bivens* claim)

      ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

①DEPRIVATION of CONSTITUTIONAL RightS And PRiViLEGES PURSUANT to 42 N.S.C § 1983

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *All DEFENDANTS CONSPIRED with EACH other to find ME guilty ON AN FAISE CHARGE of UNOCCUPIED BURGIARY And GRAND Theft*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. *DEPRIVED OF AN EVIDENTIARY HEARING Home IN COURT*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)* DEPRIVATION OF CON
stitutional. Rights AND ~~~~ PRIVELEGES PURSUANT to
~~~~ 42 U.S. C. 1983. CONSPIRACY to DEPRIVING AN
PERSON OF EQUAL PROTECTION OF LAWS & PURSUANT to 42 U.SC
§ 1985 (2006) US DIST. LEXIS 5  Count 3. & S A PENDANT LAW
Claim FOR INTENTIONAL Infliction OF EMOTIONAL DIS

V.    **Injuries**  tRESS my FOURTHTEENTH AMENDMENT EQUAL
       If you sustained injuries related to the events alleged above, describe your injuries and state what medical
       treatment, if any, you required and did or did not receive. PROTECTION Rights AND MY
FIFTH AND FOURTEENTH AMENDMENT DUE PROCESS Right
Rights WERE Violated. plaintiff ARGUES that his
AND ALLEGES his SEVENTH AMENDMENT Rights AND
PLAINTIFF'S RESPONSE to DEFENDANT MOTION to DISMISS
claims Violations of his sixth AMENDMENT Rights
AND plaintiff SEEKS MONETARY DAMAGES OF $

VI.    **Relief.** 300 million AND DAMAGES AND $ 300 million
       State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
       If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
       the acts alleged. Explain the basis for these claims. AND PUNITIVE DAMAGES
plaintiff WAS shown ON handcuffs And which WAS AN
TO Highly PREJudicial PREJudicial photograph of
him HANDCUFFED to the City of MIAMI police bench
At the police station. And INJURIES Also
has well of lACK of sleep. And lACK of
food. plaintiff CONVICTION Resulted FROM AN
ERROR OF CONSTITUTIONAL MAGNITUDE. AN ERROR
of FACT of LAW OCCURRED that WAS SO FUNDA
MENTAL. AS to RENDER the ENTIRE PROCEEDINGS

INVALID MAKES A. UNITED STATES, CONSIDERED ERROR

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

HE MUST ESTABLISH BY (2021 US. DIST LEXIS 4) A
PREPONDERANCE OF THE EVIDENCE THAT THE ERROR

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

HAD SUB STANTIAL AND INJURIOUS EFFECT OR

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." INFLUENCE ON THE PROCEEDINGS WATSON 165

F.3d AT 488 CITING BRECHT V. ABRAHAMSON 507
Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. US 619 637-38, 113 S. Ct, 1710, 123
L.Ed 2nd 353 (1993) ALTERNATIVELY

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes   RELIEF: RELEASE ME FROM THIS PRISON
[ ] No   IM INNOCENT AND WRONGFULLY CONVICTED
   CONVICTED.   RELIEF: SERVE ALL ~~XXXX~~

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ~~XXXXXXXXX~~ PARTIES.

FLORIDA STATE PRISON

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes   COUNSEL WAS SO INEFFEC
[ ] No   tive, for FAILING Not to
[ ] Do not know   OBJECT to the POLICE FALSE
   PERJURED testimonies OR
   IMPEACH the POLICE WHEN POLICE

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? OFFICER JOSE PAZ MADE
[ ] Yes   INCURRATE testimonies by
[ ] No   SAY I WAS Riding my bi
[✓] Do not know   Cycle. Then said that I
   WAS WALKING my Bicycle.

If yes, which claim(s)? which he violated DISCOVERY.

ALSO WRITE to the MIAMI DADE
COUNTY CRIMINAL COURTS that
SENTENCE ME WRONGFULLY RELIEF
REQUESTING FOR AN IMMUNITY HEARING

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

EVERY FACILITY that had to GO
FloRidA STATE PRISON

2.  What did you claim in your grievance?

ON HOW I'm FALSE EMPRISONED
AND THAT I NEVER Committed ANY CRIME

3.  What was the result, if any?

Add WRiTE to the CouRTS
Thats SENTENCE ME WRONSFULLY

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I NEVER lAid DOWN NOT ONE TIME AT
ALL. I KEEP WRITING to the CouRTS
hoping AND WISHING that the
CouRTS WOUld REVIEW MY ENTIRE
CRIMINAl CASE AND GIVE ME SOME
JUSTICE I'm SEEKING JUSTICE
FROM This HigheR CouRTS

F.    If you did not file a grievance:

*RELIEF: UNITED STATES WANT MY CRIMINAL CASE UNDER INVESTIGATIONS #1423894 (A).*

1.    If there are any reasons why you did not file a grievance, state them here:

*am FALSE IMPRISONED*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  *MARIO Godhigh*
    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION*

3.  Docket or index number
    *3:22-CV-918-BJD-LLL.*

4.  Name of Judge assigned to your case
    *BRIAN J. DAVIS*

5.  Approximate date of filing lawsuit
    *08/29/2022*

6.  Is the case still pending?
    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *ORDER OF DISMISSAL Without PREJUdICE*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)  *MARIO Godhigh*
      Defendant(s)  *Ricky D. Dixon SECRETARY of Florida DEPARTMENT of CORRECTIONS*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      *United States District Court Southern District of Florida*

3.    Docket or index number
      *1:22-CV-22911-DMM*

4.    Name of Judge assigned to your case
      *Aileen Cannon*

5.    Approximate date of filing lawsuit
      *10-13-2022*
      *10-14-2022*

6.    Is the case still pending?

      ☐ Yes        *10-13-2022*
      ☑ No          *10-14-2022*

      If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      *ORDERED of DISMISSAL*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-9-2022

Signature of Plaintiff    _Mario Bodhich_
Printed Name of Plaintiff    MARIO Godhich
Prison Identification #    MA 8779
Prison Address    P.O. BOX 800

| BAiSoRd | Fl | 32083 |
|---|---|---|
| City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number    _____
E-mail Address    _____